# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
IAP World Services, Inc. ) ASBCA No. 61117
)
Under Contract Nos. DAKF04-00-C-0002 )
            W9124B-12-C-0004 )

APPEARANCE FOR THE APPELLANT: Dustin P. Monokian, Esq.
           Senior Corporate Counsel

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
           Army Chief Trial Attorney
           Dana J. Chase, Esq.
           Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 16 November 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61117, Appeal of IAP World Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals